IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 98-10199

VICTORIA R VIOLETTE

Plaintiff-Appellant

versus

D A REYNOLDS; D T ANDREE; W T GOLDMAN;
N CAMPERLENGO; W L THORNTON; JENNIFER KAMPAS;
S K GILFILLAN; M J DOWNING; G D WARRICK;
J B HASSELL; CORLISS ERDMAN; KAY BYERS;
PRESBYTERIAN HOSP OF DALLAS, TX;
PARKLAND MEMORIAL HOSPITAL;
ZALE LIPSHY UNIVERSITY HOSPITAL

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
(3:96-CV-2310-G)

January 8, 1999

Before HIGGINBOTHAM, DUHÉ, and DeMOSS, Circuit Judges.

HIGGINBOTHAM, Circuit Judge:[*]

We are not persuaded that the district court erred in
granting summary judgment on the federal claims and in declining
jurisdiction of plaintiff's state-based claims.  All counsel have
cast their clients' claims in the best possible light, to the
benefit of the court.  The time and place and unique

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

circumstances of Victoria R. Violette's conduct and dress and her apparent condition at the hospital leaves us persuaded that the claims of immunity are well taken.

AFFIRMED.